UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



FILED

APR - 1 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE:

SEARCH WARRANT    MAGISTRATE NO. 2:10-mj-00046

## MOTION TO SEAL
## SEARCH WARRANT APPLICATION AND AFFIDAVIT

Comes now the United States of America by Joshua C. Hanks, Assistant United States Attorney for the Southern District of West Virginia, and moves this Court to:

1. Order that the Application and Affidavit for Search Warrant, and all attachments thereto, be filed under seal until further order of this Court. The reasons why the foregoing documents should be filed under seal include: protection of investigation and identity of witnesses, potential impact on parties if unproven criminal allegations are made public, etc.

2. There are no alternatives to sealing the entire Application and Affidavit for Search Warrant because the very existence of a confidential informant or cooperator may not be known; and, unsealing a redacted copy of the affidavit will not be sufficient to protect an informant's or cooperator's identity, because the informant or cooperator may continue to work with investigators.

3.   Order that this Motion be sealed.

                                        Respectfully submitted,

                                        CHARLES T. MILLER
                                        United States Attorney

                                        /s/Joshua C. Hanks
                                        JOSHUA C. HANKS
                                        Assistant United States Attorney
                                        WV Bar No. 8550
                                        300 Virginia Street, East
                                        Room 4000
                                        Charleston, WV 25301
                                        Telephone: 304-345-2200
                                        Fax: 304-347-5705
                                        Email: josh.hanks@usdoj.gov