UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

ENTERED
APR - 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN RE:

SEARCH WARRANT          MAGISTRATE NO. 2:10-mj-00046

O R D E R

For the reasons set forth by the United States in its Motion To Seal Search Warrant Application and Affidavit, it is hereby ORDERED:

1. The United States Motion To Seal Search Warrant Application and Affidavit is hereby GRANTED; and

2. The Application and Affidavit for Search Warrant and all attachments thereto shall REMAIN SEALED, until further order of this Court.

The Clerk is directed to provide a copy of this Order to the United States Attorney.

_Mary E. Stanley_
MARY E. STANLEY
United States Magistrate Judge

Enter: _April 1, 2010_