# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Safe Deposit Box 52 located at United Bank, 200 4th Avenue, Montgomery West Virginia | )<br>)<br>) Case No. 2:10-mj-00046<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of    West Virginia    
*(identify the person or describe the property to be searched and give its location):*

Safe Deposit Box 52 located at United Bank, 200 4th Avenue, Montgomery, West Virginia

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*

United States currency, records, ledgers, contact lists, documents associated with assets, and other items of value representing the proceeds of drug trafficking

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     March 31, 2010    
(not to exceed 10 days)

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Mary E. Stanley                .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
                    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:    March 29, 2010 12:08 pm        *Mary E. Stanley*
                                                         Judge's signature

City and state:    Charleston, West Virginia        Mary E. Stanley, United States Magistrate Judge
                                                    *Printed name and title*

| Return | | |
|---|---|---|
| Case No.:<br>2:10-mj-00046 | Date and time warrant executed:<br>3-29-2010   1444 | Copy of warrant and inventory left with:<br>BETTY GILKERSON / ANGIE WAGNER |
| Inventory made in the presence of :<br>BETTY GILKERSON, DET. PETTY | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>1) UN-DETERMINED AMOUNT OF U.S. CURRENCY IN BOX #52<br>2) WV DMV TITLE FOR 2002 TOYOTA   JT3HN86RX203 64488 | | |

FILED
APR - 1 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3-29-2010

_____
Executing officer's signature

TFO JAMES POWELL
Printed name and title